UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

NERI'S BAKERY PRODUCTS, INC.,

                Plaintiff,

   -  against –

J. J. CASSONE BAKERY, INC,

                Defendant.

----------------------------------------------------------x

10-CIV-01183 (CS) (GAY)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(1)(A)(ii), by and between the undersigned counsel for Plaintiff and Defendant, that the above-captioned action shall be dismissed and withdrawn with prejudice. Each party shall bear its own costs and attorney's fees. A facsimile, copy or electronic transmission of a signature hereto shall have the same force and effect as an original.

Date: Armonk, New York
      May **16**, 2012

BOIES, SCHILLER & FLEXNER LLP

By: *[signature]*

Helen M. Maher, Esq. (HM-6379)
Olav A. Haazen, Esq. (OH-7788)
333 Main Street
Armonk, New York 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300
hmaher@bsfllp.com
ohaazen@bsfllp.com

*Attorneys for Plaintiff*
*Neri's Bakery Products, Inc.*

Date: White Plains, New York
      May **15**, 2012

LOWEY DANNENBERG COHEN & HART, P.C.

By: *[signature]*

Richard W. Cohen, Esq.
Peter D. St. Phillip, Jr., Esq.
One North Broadway, 5th Floor
White Plains, New York 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
rcohen@lowey.com
pstphillip@lowey.com

*Attorneys for Defendant*
*J.J. Cassone Bakery, Inc.*