UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NERI'S BAKERY PRODUCTS, INC.,

                      Plaintiff,

  - against –

J. J. CASSONE BAKERY, INC,

                      Defendant.

-----------------------------------------------------------x

10-CIV-01183 (CS) (GAY)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(1)(A)(ii), by and between the undersigned counsel for Plaintiff and Defendant, that the above-captioned action shall be dismissed and withdrawn with prejudice. Each party shall bear its own costs and attorney's fees. A facsimile, copy or electronic transmission of a signature hereto shall have the same force and effect as an original.

Date:  Armonk, New York
         May __, 2012

BOIES, SCHILLER & FLEXNER LLP

By: _____

Helen M. Maher, Esq. (HM-6379)
Olav A. Haazen, Esq. (OH-7788)
333 Main Street
Armonk, New York 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300
hmaher@bsfllp.com
ohaazen@bsfllp.com

*Attorneys for Plaintiff*
*Neri's Bakery Products, Inc.*

Date:  White Plains, New York
         May __, 2012

LOWEY DANNENBERG COHEN & HART, P.C.

By: _____

Richard W. Cohen, Esq.
Peter D. St. Phillip, Jr., Esq.
      One North Broadway, 5th Floor
White Plains, New York 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
rcohen@lowey.com
pstphillip@lowey.com

*Attorneys for Defendant*
*J.J. Cassone Bakery, Inc.*

Application Granted / ~~Denied~~
So Ordered.  The Clerk shall close the case.

_____
Cathy Seibel, U.S.D.J.

Dated: 5/16/12